**TENG CHU PALMER, also known as Julia Deng Palmer, Appellant,**

v.

**Carlos GUTIERREZ,[1] Secretary of the Department of Commerce, Appellee.**

No. 04–3987.

United States Court of Appeals, Eighth Circuit.

Submitted: March 7, 2006.

Filed: March 17, 2006.

Teng Chu Palmer, Weatherby Lake, MO, pro se.

Jerry Lee Short, U.S. Attorney's Office, Kansas City, MO, for Appellee.

Before MELLOY, FAGG, and BENTON, Circuit Judges.

PER CURIAM.

The judgment of the district court is affirmed for the reasons stated in the opin-

1. Carlos Gutierrez has been appointed to serve as Secretary of the Department of Commerce, and is substituted as appellee pursuant to Federal Rule of Appellate Procedure 43(c).

ion filed by the district court. *See* 8th Cir. R. 47B.